UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI LESHNE,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SERVICES INC., et al.,<br><br>        Defendants. | Case No. 24-cv-01616-RS<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

    Pro se plaintiff brought this action against Equifax Information Services, LLC, Experian Information Services Inc., TransUnion, LLC, and Bank of America Corporation. Plaintiff voluntarily dismissed Equifax. *See* Dkt. No. 27. There is no indication plaintiff has ever served Bank of America.

    Plaintiff failed to appear at the Case Management Conference on June 13, 2024. A further Case Management Conference was set for July 18, 2024, and all parties were advised they were required to appear or the case would be subject to dismissal. Although plaintiff participated in submission of a joint case management conference statement prior to the July 18th conference, he failed to appear at the conference.

    Within one week of the date of this order, plaintiff shall submit a declaration and/or a brief showing cause why this action should not be dismissed for failure to prosecute as to Experian and Equifax based on his failure to appear at two scheduled case management conferences, and for failure to prosecute as to Bank of America based on the apparent failure to serve summons and

complaint.

In the event plaintiff files a response, defendants may file a reply within one week thereafter. If plaintiff does not file a timely response, the action will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: July 18, 2024

_____
RICHARD SEEBORG
Chief United States District Judge