UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI LESHNE,<br><br>             Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SERVICES INC., et al.,<br><br>             Defendants. | Case No. 24-cv-01616-RS<br><br>**ORDER DISMISSING ACTION** |

By prior order (Dkt. No. 31), plaintiff was directed to show cause why this action should not be dismissed for his failure to prosecute, and he was warned that if he did not respond, the action would be dismissed without further notice. Plaintiff submitted no response, and the time for doing so has expired. This action is dismissed.

**IT IS SO ORDERED**.

Dated: September 24, 2024

_____
RICHARD SEEBORG
Chief United States District Judge